ANNETTE B. MARKOE, Appellant, *v.* AMERICAN SURETY COM-
PANY, Respondent.

*Markoe* v. *American Surety Co.,* 44 App. Div. 285, affirmed.
(Argued May 16, 1901; decided June 4, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 8, 1899, upon an order reversing a judgment in
favor of plaintiff entered upon a decision of the court on trial
at Special Term and directed judgment for defendant.

*Flamen B. Candler* for appellant.

*Horace E. Deming* and *Henry C. Willcox* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LAN-
DON, CULLEN and WERNER, JJ.

---

ANN McMANUS, Respondent, *v.* THE WESTERN ASSURANCE
COMPANY OF TORONTO, CANADA, Appellant.

*McManus* v. *Western Assurance Co.,* 43 App. Div. 550, affirmed.
(Argued May 16, 1901; decided June 4, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 27, 1899, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial.

*George A. Stearns* for appellant.

*Thaddeus D. Kenneson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LANDON
and WERNER, JJ.   Not sitting: CULLEN, J.